UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
FEB 0 8 2008
CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID BOSCHEE,

    Defendant.

CR07-40014

**GOVERNMENT'S MOTION IN LIMINE RE: AGE OF CONSENT**

Comes now the United States by and through United States Attorney Marty J. Jackley, and respectfully submits the following Motions in Limine: Age of Consent. The government moves this Court for its Order in Limine precluding the Defendant by and through introduction of evidence or argument from asserting or inferring that a child under the age of 16 may consent or otherwise voluntarily participate in any sexual act or conduct alleged in this Indictment.

    Date: February 8, 2008

MARTY J. JACKLEY
UNITED STATES ATTORNEY

PO Box 2638
Sioux Falls, SD 57101-2638
605.357.2330

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on February 8, 2008, a true and correct copy of the foregoing was served upon the following person(s), by placing the same in the service indicated, addressed as follows:

John A. Schlimgen
PO Box 966
Sioux Falls, SD 57101

☒ U.S. Mail, postage prepaid
☐ Hand Delivery
☐ Facsimile at
☐ Federal Express
☐ Electronic Case Filing

*[signature]*
Marty J. Jackley
United States Attorney